U. S. MAGISTRATE JUDGE G. R. SMITH       CASE BELOW CALLED FOR:
UNITED STATES COURTHOUSE                 ARRAIGNMENT
52 NORTH MAIN STREET
STATESBORO, GEORGIA

## STATESBORO CRIMINAL CALENDAR

### THURSDAY, JANUARY 10, 2013

### 11:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
|---|---|---|---|
| 6:12CR18 | TELLAS L. KENNEDY | CONSP PWID CONT SUBS | |
| | ANTONIO MANGRAM | | RON HARRISON (RET) |
| | OSCAR MANGRAM | | JOSH LOWTHER (CJA) |
| | JEFFERY JACKSON | | |
| | ERIC CRUMP | | ED MORRISON (CJA) |
| | MANUEL LONGORIA | | GREG HILLIARD (CJA) |
| | PEREZ STAPLES | | LYNNE FLEMING (CJA) |
| | SCOTTIE FATE | | |
| | MARIO MCNEAL | | |
| | CHRISTOPHER DAVIS | | KEITH BARBER (CJA) |
| | TONY TIGNER | | |
| | DARIUS CAIN | | |
| | JEFFERY GRANT | | GEORGE ASINC (CJA) |
| | SHELTON WILLIAMS | | EVELYN HUBBARD (CJA) |
| | ERVIN WALKER | | CHRIS CHAPMAN (CJA) |
| | TOSHA WILLIAMS | | RICHARD DARDEN (RET) |
| | TERRANCE STANTON | | VICTOR HAWK (RET) |
| | ROMON MICKEL | | BRUCE HARVEY (RET) |
| | MARTELL MINGO | | ED COLEMAN (CJA) |
| | LAWRENCE DRAYTON | | MATT HUBE (CJA) |
| | LEON PACE | | JIM GARNER (CJA) |
| | RODNEY SCOTT | | |
| | MATTHEW HAWKINS | | LANCE HAMILTON (CJA) |
| | GREGORY OWENS | | TOM RICHARDSON (CJA) |
| | BRIAN FREEMAN | | |
| | DEONTE BACON | | |
| | ANTONIO BABBS | | DON JOHSTONO (CJA) |
| | STANLEY BROWN | | |
| | TRIVAUGHN BUSH | | |
| | SHAQUANA BROWN | | JARED WESTBROEK (CJA) |

DISTRIBUTION DATE: DECEMBER 13, 2012