UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case Number: 6:12-cr-00018-BAE-GRS |
| ) | |
| DEONTE JARVARYS BACON, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT DEONTE JARVARY BACON'S MOTION OF REQUEST FOR NOTICE OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS PURSUANT TO FED. R. EVID 404(b)**

COMES NOW, the defendant, Deonte Jarvarys Bacon, by and through his undersigned counsel, and moves this Court for an order directing the government to disclose all "other crimes" evidence which it may attempt to introduce at trial, and shows the following:

1. Defendant requests the Court to direct the government to immediately reveal its intention to use other crimes evidence, or to disclose the same within a reasonable time prior to trial.

2. This request includes evidence pertaining to co-defendants, because the introduction of "other crimes" evidence against any of them could prejudice this defendant and could constitute grounds for severance.

3. In order to insure the Defendant a fair trial, this Court should order the

government to give notice of all such Rule 404(b) evidence it intends to introduce, and prior to the introduction of such evidence the Court should require the government to show a proper foundation of such evidence outside the presence of the jury. In this way, should the Court hold such evidence inadmissible, the defendant will not suffer prejudice.

## MEMORANDUM OF LAW

This motion is submitted pursuant to Federal Rule of Evidence 404(b) and Rule 16.2 of the Local Rules for the Administration of Criminal Cases. The information requested is necessary for Defendant to determine the degree and amount of prejudice that may accrue, and to enable Defendant to determine whether motions in limine are necessary.

Respectfully submitted this 7th day of February, 2013.

/s/: Ronald J. Poirier
Ronald J. Poirier
Attorney for Deonte Jarvarys Bacon
Georgia Bar Number: 582758

Post Office Box 8576
Savannah, Ga. 31412
(912) 376-1307 Telephone
(912) 335-3537 Facsimile
rjp_law@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Number: 6:12-cr-00018-BAE-GRS |
| | ) | |
| DEONTE JARVARYS BACON, | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of February, 2013.

                                                                                               /s/: Ronald J. Poirier
                                                                                                Ronald J. Poirier
                                                                                                Georgia Bar Number: 582758

Post Office Box 8576
Savannah, Ga. 31412
(912) 376-1307 Telephone
(912) 335-3537 Facsimile
rjp_law@aol.com