FILED
U.S. DISTRICT COURT
SAVANNAH

2013 APR 16 PM

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHANGE OF PLEA IN STATESBORO DIVISION CRIMINAL CASE NO. CR612-018-026

WITH THE CONSENT OF THE COURT:

THE DEFENDANT, DEONTE JARVARYS BACON, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT(S)  1-lesser included offense  IN THE INDICTMENT.

THIS  16th  DAY OF  April , 2013.

_____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

NOLLE PROSSE COUNT(S) AT SENTENCING  14, 27-29

LIMITED WAIVER OF APPEAL:    Yes  ✓    No ____