IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: CR612-18 |
| | ) | |
| v. | ) | VIO: 21 U.S.C. §846 |
| | ) | Conspiracy to Possess with |
| TELLAS LEVALLAS KENNEDY, aka | ) | Intent to Distribute, and to |
|     "BUMP," | ) | Distribute, Controlled |
| ANTONIO MARQUETTE MANGRAM, aka | ) | Substances |
|     "TONY THE TIGER," | ) | |
| OSCAR LEE MANGRAM, JR., aka | ) | 21 U.S.C. §841(a)(1) |
|     "CHICO," | ) | Distribution of Controlled |
| JEFFERY JACKSON, | ) | Substances |
| ERIC KENNARD CRUMP, | ) | |
| MANUEL LONGORIA, | ) | 21 U.S.C. §841(a)(1) |
| PEREZ ALONZO STAPLES, | ) | Possession with Intent to |
| SCOTTIE LABELL FATE, | ) | Distribute Controlled Substances |
| MARIO DEMETRIUS MCNEAL, aka | ) | |
|     "HEAD," | ) | 18 U.S.C. §924(c) |
| CHRISTOPHER LAMONT DAVIS, | ) | Possession of Firearms in |
|     aka "MOO DOG," aka "MOO MOO," | ) | Furtherance of Drug Trafficking |
| TONY TYKEEM TIGNER, | ) | |
| DARIUS LARON CAIN, | ) | 18 U.S.C. §922(g)(1) |
| JEFFERY LEE GRANT, | ) | Felons in Possession of Firearms |
| SHELTON MAURICE WILLIAMS, | ) | |
| ERVIN WALKER, JR., aka | ) | 21 U.S.C. §843(b) |
|     "ED," aka "FAT," | ) | Use of Communication Facility |
| TOSHA LASHONE WILLIAMS, | ) | |
| TERRANCE GERARD STANTON, aka | ) | 18 U.S.C. §2 |
|     "T-BONE," | ) | Aiding and Abetting |
| ROMON VELAR MICKEL, | ) | |
| MARTELL ANTWON MINGO, aka | ) | 21 U.S.C. §853 |
|     "DAN THE MAN," | ) | Forfeiture |
| LAWRENCE MICHAEL DRAYTON, | ) | |
| LEON VARNEZE PACE, | ) | |
| RODNEY LORENZO SCOTT, aka | ) | |
|     "ROCKET G," | ) | |
| MATTHEW HELMUT HAWKINS, aka | ) | |
|     "SHOTSIE," | ) | |
| GREGORY ALI OWENS, aka | ) | |
|     "CORNBREAD," | ) | |
| BRIAN LEONARD FREEMAN, aka | ) | |
|     "PETE SUMMERSETT," | ) | |

| | |
|---|---|
| **DEONTE JARVARYS BACON,** | ) |
| **STANLEY EDWARD BROWN,** | ) |
| and | ) |
| **SHAQUANA ELIZABETH BROWN, aka** | ) |
| "COOKIE" | ) |

### GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now Comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were made available to counsel[1]:

1. Copies of Discovery Bates Stamped USAO-3182 through USAO-3721.

        Respectfully submitted,

        EDWARD J. TARVER
        UNITED STATES ATTORNEY

        */s/ Cameron Heaps Ippolito*

        Cameron Heaps Ippolito
        Assistant United States Attorney
        Virginia Bar No. 35831

Post Office Box 8970
Savannah, Georgia 31412
Telephone No: 912-652-4422

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 6th day of June, 2013.

                              EDWARD J. TARVER
                              UNITED STATES ATTORNEY

                              */s/ Cameron Heaps Ippolito*

                              Cameron Heaps Ippolito
                              Assistant United States Attorney
                              Virginia Bar No. 35831

Post Office Box 8970
Savannah, Georgia 31401
Telephone No: 912-652-4422